UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE I. GUZMAN,<br>Petitioner | § § § | |
| v. | § | C.A. No. C-06-119 |
| WARDEN PAUL A. MORALES,<br>Respondent | § § § § | |

## MEMORANDUM OPINION AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

On August 18, 2006, the United States Magistrate Judge filed a Memorandum and Recommendation in this case (D.E. 9). Petitioner has not filed any objections thereto. The Court regards such omission as Petitioner's agreement with and acceptance of the Magistrate Judge's findings.

Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's Memorandum and Recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court hereby adopts the findings and conclusions of the Magistrate Judge.

Therefore, Petitioner's petition for writ of habeas corpus is DISMISSED without prejudice.

ORDERED this _____5_____ day of _____Dec_____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE